IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGIY KULYA,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, ET AL,

    Defendants.
_____/

No. C 06-06539 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

    This matter is set for a hearing on March 9, 2007 on Defendant's motion to dismiss. The Court HEREBY ORDERS that any opposition to the motion shall be filed by no later than February 9, 2007 and any reply brief shall be filed by no later than February 16, 2007.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: January 24, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE