DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ELLEN SHAPIRO, State Bar #127847
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3879
Facsimile: (415) 554-3837
E-Mail: ellen.shapiro@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
TRACY MCCRAY, FITZERALD WONG, MARIS GOLDSBOROUGH,
CRAIG WILSON, BENNY LEW, TIM LAIRD,
DEBORAH GOLDSTEIN, IVEY NZEREM, AND FAY ALI

UNITED STATES DISTRICT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGIY KULYA, INDIVIDUALLY, AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD YVAN K., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO HUMAN SERVICES AGENCY, TRACY MCCRAY, FITZERALD WONG, MARIS GOLDSBOROUGH, CRAIG WILSON, BENNY LEW, TIM LAIRD, DEBORAH GOLDSTEIN, IVEY NZEREM, FAY ALI, AND DOES 1 THROUGH 50, INCLUSIVE, <br><br> Defendants. | Case No. C06-06539 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER TO DATE FOLLOWING HEARING ON MOTION PURSUANT TO F.R.C.P. 12(b)** |

/ / /

/ / /

/ / /

/ / /

**THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1. All defendants have waived service of process;

2.. All defendants intend to bring a motion pursuant to Federal Rule of Civil Procedure 12(b), which motion will be filed and served not later than January 26, 2007;

3. Plaintiffs agree to extend time for defendants to answer the complaint to a date following a ruling on the Rule 12(b) motion;

4. Because the hearing on the Rule 12(b) motion will likely not take place before March 2, which is the date currently scheduled for the initial Case Management Conference in this matter, all parties respectfully request that the Court continue the Case Management Conference for at least two weeks.

IT IS SO STIPULATED.

Dated: __January 18, 2007____    LAW OFFICES OF ROBERT R. POWELL

      -/s/-   Robert R. Powell
By:_____
ROBERT R. POWELL, ESQ.
Attorney for Plaintiff
GEORGIY KULYA, INDIVIDUALLY, AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD YVAN K.

Dated: __January 18, 2007____    DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
ELLEN SHAPIRO
Deputy City Attorney

      -/s/-  Ellen Shapiro
By:_____
ELLEN SHAPIRO
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, TRACY MCCRAY, FITZERALD WONG, MARIS GOLDSBOROUGH, CRAIG WILSON, BENNY LEW, TIM LAIRD, DEBORAH GOLDSTEIN, IVEY NZEREM, AND FAY ALI

**ORDER DENYING STIPULATION**

The Court having reviewed the above stipulation of the parties, ~~and good cause appearing therefor~~, it is DENIED.

~~**ORDERED** that defendants' time to answer the complaint herein is extended to a date to be ordered at the time the Court rules on defendants' F.R.C.P. 12(b) motion, and that the initial Case Management Conference in this matter be continued from March 2, 2007 to _____, 2007 at 1:30 p.m.~~

Date: January 25, 2007

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

The time to answer is automatically extended by operation of Federal Rule of Civil Procedure 12(a)(4)(A). Further, the Case Management Conference has already been reset for March 9, 2007 at 9:00 a.m. following hearing on the motion. Therefore, the stipulation is DENIED.

---

Stipulation & Order to Extend Time to Answer;
Kulya v. CCSF, et al. – USDC No. C06-06539 JSW

3

n:\lit\li2006\070750\00003340.doc