DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ELLEN SHAPIRO, State Bar #127847
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3879
Facsimile: (415) 554-3837
E-Mail: ellen.shapiro@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
TRACY MCCRAY, FITZERALD WONG, MARIS GOLDSBOROUGH,
CRAIG WILSON, BENNY LEW, TIM LAIRD,
DEBORAH GOLDSTEIN, IVEY NZEREM, AND FAY ALI

UNITED STATES DISTRICT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGIY KULYA, INDIVIDUALLY, AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD YVAN K., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO HUMAN SERVICES AGENCY, TRACY MCCRAY, FITZERALD WONG, MARIS GOLDSBOROUGH, CRAIG WILSON, BENNY LEW, TIM LAIRD, DEBORAH GOLDSTEIN, IVEY NZEREM, FAY ALI, AND DOES 1 THROUGH 50, INCLUSIVE, <br><br> Defendants. | Case No. C06-06539 JSW <br><br> **JOINT ADR STIPULATION AND ORDER THEREON** <br><br> CMC Date: March 9, 2007 <br> Time: 9:00 a.m. <br> Hon. Jeffrey S. White <br><br> Date Action Filed: October 19, 2006 <br> Trial Date: None Set |

///

///

///

///

ADR Stipulation;
Kulya v. CCSF, et al. – USDC No. C06-06539 JSW

n:\lit\li2006\070750\00008368.doc

1
2   The parties stipulate to participate in the following ADR process:  Early Neutral Evaluation (ENE).
3
    Dated:  February 12, 2007
4
                                    DENNIS J. HERRERA
5                                   City Attorney
                                    JOANNE HOEPER
6                                   Chief Trial Deputy
                                    ELLEN SHAPIRO
7                                   Deputy City Attorney
8
                                       -/s/-   Ellen Shapiro
9                               By:_____
10                                  ELLEN SHAPIRO
                                    Attorneys for Defendants
11                                  CITY AND COUNTY OF SAN FRANCISCO,
                                    TRACY MCCRAY, FITZERALD WONG,
12                                  MARIS GOLDSBOROUGH, CRAIG WILSON, BENNY LEW,
                                    TIM LAIRD, DEBORAH GOLDSTEIN, IVEY NZEREM, AND
13                                  FAY ALI
14  Dated: February 12, 2007
15
                                    Law Offices of Robert R. Powell
16
                                       -/s/-   Robert R. Powell
17                              By:_____
18                                  ROBERT R. POWELL
                                    Attorneys for Plaintiff Georgiy Kulya
19                                  Guardian Ad Litem for his Minor Child Yvan K.
20
    IT IS SO ORDERED.
21
22
23  Date:  February 13, 2007      _____
                                  HON. JEFFREY S. WHITE
24                                UNITED STATES DISTRICT JUDGE
25
26
27
28

ADR Stipulation;                                              n:\lit\li2006\070750\00008368.doc
Kulya v. CCSF, et al. – USDC No. C06-06539 JSW