United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIY KULYA,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | No. C 06-06539 JSW<br><br>**ORDER REFERRING APPOINTMENT OF GUARDIAN** *AD LITEM* **TO MAGISTRATE JUDGE JAMES** |

The Court HEREBY REFERS the matter of appointing a guardian *ad litem* for minor Yvan Kulya to Magistrate Judge Maria-Elena James for preparation of a report and recommendation on an expedited basis. Magistrate James shall consider the parties' suggested names to be submitted no later than March 23, 2007, but is not limited to a selection among them.

**IT IS SO ORDERED.**

Dated: March 9, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom