**ROBERT R. POWELL, ESQ.**
**DENNIS R. INGOLS, ESQ.**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California 95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiff Georgiy Kulya, individually and as
Guardian Ad Litem for his minor child Yvan K.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| GEORGIY KULYA, et. al., | Case No. C06-06539 JSW |
| Plaintiffs, | |
| v. | STIPULATION AND ORDER EXTENDING DEADLINE TO COMPLETE ENE |
| CITY AND COUNTY OF SAN FRANCISCO, et. al., | |
| Defendants. | |

The parties to the above-captioned action, by and through their respective attorneys, hereby stipulate and respectfully request that the Court order the deadline to complete the joint phone ENE conference, currently due by April 25th, 2007, to be extended until July 26th, 2007.

//

//

//

1

STIPULATION AND ORDER EXTENDING
DEADLINE TO COMPLETE E.N.E.
KULYA v. CITY AND COUNTY OF SAN
FRANCISCO
Case No. C06-06539 JSW

1  IT IS SO STIPULATED.

2

3  April 19, 2007                                        _____/s/_____
                                                        DENNIS R. INGOLS, ESQ.
4                                                       Attorney for Plaintiffs

5

6  April 19, 2007                                        _____/s/_____
                                                        KAREN KIRBY, ESQ.
7                                                       Attorney for Defendants

8

9                                    **ORDER**

10

11     Based on the foregoing stipulation of the parties and good cause appearing therefore, the
12  court hereby adopts the proposed stipulation as an order of this court.
13  IT IS SO ORDERED.

14

15  April __20__, 2007                                   _____/s/ Jeffrey S. White_____
                                                        JUDGE JEFFREY S. WHITE
16                                                       U.S. District Court for the Northern District
                                                        of California
17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER EXTENDING
DEADLINE TO COMPLETE E.N.E.
KULYA v. CITY AND COUNTY OF SAN
FRANCISCO
Case No. C06-06539 JSW