IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIY KULYA, Individually, and as guardian ad for his minor child YVAN K., <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO HUMAN SERVICES AGENCY, TRACY MCCRAY, FITZERALD WONG, MARIS GOLDSBOROUGH, CRAIG WILSON, BENNY LEW, TIM LAIRD, DEBORAH GOLDSTEIN, IVEY NZEREM, FAY ALI, AND DOES 1 THROUGH 50, INCLUSIVE <br><br> Defendants. | Case No. C-06-6539 JSW (MEJ) <br><br> ORDER APPOINTING DAVID DONNER GUARDIAN AD LITEM |

On March 9, 2007, United States District Court Judge Jeffrey S. White issued an Order of Reference to the undersigned for the purpose of appointing a guardian ad litem for Yvan K., a minor child. Judge White also Ordered the parties to submit to the undersigned a list of names for consideration in making this appointment. Having considered the names submitted by the parties, and good cause showing, the undersigned hereby appoints David Donner Esq. guardian ad litem.

///

///

**IT IS SO ORDERED.**

Dated: May 18, 2007

MARIA-ELENA JAMES
United States Magistrate Judge