United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIY KULYA, Individually, and as guardian ad litem for his minor child,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____ / | Case No. C-06-6539 JSW (MEJ)<br><br>ORDER RE ATTORNEYS FEES FOR GUARDIAN AD LITEM |

On May 18, 2007, the undersigned issued an order in this matter appointing David Donner guardian ad litem for Yvan K., a minor. The Court hereby further ORDERS that Mr. Donner be paid attorneys fees at the C.J.A. rate, the parties to divide this fee equally..

**IT IS SO ORDERED.**

Dated: May 18, 2007

                                            MARIA-ELENA JAMES
                                            United States Magistrate Judge