**ROBERT R. POWELL, ESQ.**
**DENNIS R. INGOLS, ESQ.**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California 95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| GEORGIY KULYA, et. al., ) | Case No. C06-06539 JSW |
| ) | |
| Plaintiffs, ) | |
| ) | STIPULATION AND |
| v. ) | SCHEDULING ORDER |
| ) | |
| CITY AND COUNTY OF SAN ) | |
| FRANCISCO, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties to the above-captioned action, by and through their respective attorneys, hereby stipulate and respectfully request that the Court order the following deadlines:

1. All expert witness disclosures shall be made by February 22, 2008;

2. All rebuttal expert witness disclosures shall made by March 14, 2008;

3. All expert discovery shall be completed by April 18, 2008;

4. All other discovery shall be completed by January 31, 2008.

5. All dispositive motions shall be filed by May 9, 2008; the last day for hearing dispositive motions is June 13, 2008 at 9:00 a.m.

1

Stipulation and Scheduling Order
KULYA v. CITY AND
COUNTY OF SAN FRANCISCO
Case No. C06-06539 JSW

1  6. Trial shall be scheduled in August or September, 2008.
   Pretrial conference shall be held on August 25, 2008 at 2:00 p.m.
   The trial shall commence on September 15, 2008 at 8:30 a.m.

IT IS SO STIPULATED.

October 30, 2007                              /S/ Dennis Ingols
                                       DENNIS R. INGOLS, ESQ.
                                       Attorney for Plaintiffs


October 30, 2007                              /S/ Ellen Shapiro
                                       ELLEN SHAPIRO, ESQ.
                                       Attorney for Defendants


**ORDER**

Based on the foregoing stipulation of the parties and good cause appearing therefore, the court hereby adopts the proposed stipulation as an order of this court.

IT IS SO ORDERED.

Date: 11 / 1 /2007

                                       _____
                                       JUDGE JEFFREY S. WHITE
                                       U.S. District Court for the Northern District
                                       of California

Stipulation and Scheduling Order
KULYA v. CITY AND
COUNTY OF SAN FRANCISCO
Case No. C06-06539 JSW