DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ELLEN SHAPIRO, State Bar #127847
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3879
Facsimile:    (415) 554-3837
E-Mail:       ellen.shapiro@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
TRACY MCCRAY, FITZERALD WONG, MARIS GOLDSBOROUGH,
CRAIG WILSON, BENNY LEW, TIM LAIRD,
DEBORAH GOLDSTEIN, IVEY NZEREM, AND FAY ALI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGIY KULYA, INDIVIDUALLY, AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD YVAN K., <br><br>Plaintiffs, <br><br>vs. <br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO HUMAN SERVICES AGENCY, TRACY MCCRAY, FITZERALD WONG, MARIS GOLDSBOROUGH, CRAIG WILSON, BENNY LEW, TIM LAIRD, DEBORAH GOLDSTEIN, IVEY NZEREM, FAY ALI, AND DOES 1 THROUGH 50, INCLUSIVE, <br><br>Defendants. | Case No. C06-06539 JSW <br><br>[~~PROPOSED~~] **ORDER EXCUSING DEFENDANTS FROM ATTENDANCE AT ADR SESSION** |

/ / /

/ / /

/ / /

/ / /

[Proposed] Order Excusing Defendants' Attendance;   1   n:\lit\li2007\070750\00464226.doc
Kulya v. CCSF, et al. – USDC No. C06-06539 JSW

This matter came before the Court via letter from defense counsel accompanied by a stipulation of all counsel and the appointed ADR professional, Anthony Boskovich, Esq. The Court having reviewed the letter and stipulation, and good cause appearing therefor,

**IT IS ORDERED** that all of the individually named defendants are excused from personally attending the ADR proceedings scheduled in this matter for February 11, 2008.

Dated: 2-4-08

_____
WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Excusing Defendants' Attendance;
Kulya v. CCSF, et al. – USDC No. C06-06539 JSW     2     n:\lit\li2007\070750\00464226.doc