**ROBERT R. POWELL, ESQ. CSB# 159747**
**DENNIS R. INGOLS, ESQ.    CSB# 236458**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiff Georgiy Kulya, individually and as
Guardian Ad Litem for his minor child Yvan K.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| GEORGIY KULYA, et. al., ) | Case No. C06-06539 JSW |
| ) | |
| Plaintiffs, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | EXTENDING DISCOVERY DEADLINE |
| ) | |
| CITY AND COUNTY OF SAN ) | |
| FRANCISCO, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

    The parties to the above-captioned action, by and through their respective attorneys, hereby stipulate that the schedules of proposed deponents and other schedule conflicts make it impossible to complete non-expert discovery by the current deadline of February 29, 2008.  Both counsel have noticed all depositions well in advance, but unforeseen calendar conflicts have arisen for either counsel or witnesses along the way that have made completion by February 29th impossible.  Therefore, both parties hereby stipulate and respectfully request that the Court order the following deadlines:

    1.  All non-expert discovery shall be completed by March 21, 2008;

STIPULATION AND ORDER EXTENDING
DISCOVERY DEADLINE
KULYA v. CITY AND COUNTY OF SAN
FRANCISCO, et al.
Case No. C06-06539 JSW

2. All expert witness disclosures shall be completed by April 7, 2008; and any rebuttal expert disclosures shall be completed by April 14, 2008; and

3. All expert discovery shall be completed by April 25, 2008.

IT IS SO STIPULATED.

February 22, 2008                           /s/   Robert R. Powell
                                            ROBERT R. POWELL, ESQ.
                                            Attorney for Plaintiffs

February 22, 2008                           /s/   Ellen Shapiro
                                            ELLEN SHAPIRO, ESQ.
                                            Attorney for Defendants

## ORDER

Based on the foregoing stipulation of the parties and good cause appearing therefore, the court hereby adopts the proposed stipulation as an order of this court.

IT IS SO ORDERED.

February 22, 2008                           _____
                                            JUDGE JEFFREY S. WHITE
                                            U.S. District Court for the Northern District
                                            of California

STIPULATION AND ORDER EXTENDING
DISCOVERY DEADLINE
KULYA v. CITY AND COUNTY OF SAN
FRANCISCO, et al.
Case No. C06-06539 JSW