DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ELLEN SHAPIRO, State Bar #127847
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3879
Facsimile:     (415) 554-3837
E-Mail:         ellen.shapiro@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
TRACY MCCRAY, FITZERALD WONG, MARIS GOLDSBOROUGH,
CRAIG WILSON, BENNY LEW, TIM LAIRD,
DEBORAH GOLDSTEIN, IVEY NZEREM, AND FAY ALI

UNITED STATES DISTRICT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGIY KULYA, et al., | Case No. C06-06539 JSW |
| Plaintiffs, | **STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DATES; DECLARATION OF ELLEN SHAPIRO IN SUPPORT OF STIPULATION; [PROPOSED] ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

The court is aware that counsel have had to ask a couple of times now for a continuance of cut-off dates, which the court has agreed to, and which agreement is appreciated by counsel. Counsel are again asking for consideration in continuing the trial date, and associated cut-off dates, for the reasons as follows.

A late discovered compilation of documents (over 1000 pages) relevant to the policies, practice, and procedures of the City and County of San Francisco, and emergency response social work (three of the defendants herein are emergency response social workers), was produced to

plaintiffs counsel for the first time on March 14th, 2008. The existence of this compilation was unknown to defendants' counsel, and came up in a conversation with the Person Most Knowledgeable approximately one week before the PMK's scheduled deposition on March 14th, 2008. The compilation had to be located, produced to defendant's counsel, then copied and produced to plaintiffs' counsel. This was an unanticipated delay, through no fault of either counsel, and it appears an innocent oversight on the part of the Dept. of Children's & Family Services.

In addition, plaintiff has two more depositions to complete (one of which is the PMK mentioned above, whose deposition was cancelled in light of needing to review the materials), and one other defendant who is on an extended vacation. Also driving this request in significant part is that an expert who is retained by the defendants, is completely unavailable during the period of time for which the trial is currently set, as explained in the accompanying Declaration of Ellen Shapiro.

The court is apprised that counsel are working together cooperatively to get the final two depositions calendared, and to exchange some declarations that might avoid the need to re-take depositions of three of the social worker defendants whose involvement in this case, and the nature of their work generally, are related to the late discovered compilation discussed hereinabove, which is a manual regarding the performance of that nature of work.

Based on the foregoing, the parties hereby stipulate and agree as follows, and ask that this court order same:

    1. The parties respectfully request that the Court continue trial of this matter from September 15, 2008 to November 17, 2008, and continue all other pre-trial dates a

//

Stipulation; Declaration, & Order to Continue Trial
Kulya v. CCSF, et al. – USDC No. C06-06539 JSW
2
s:\aa law office\clients\kulya, george\federal\pleadings\all orders\s&o re move trial 3-27-08.doc

| | |
|---|---|
| 1 | corresponding amount of time, such that all bear the same relationship to the trial |
| 2 | date as apply per the currently scheduled trial date. |

**IT IS SO STIPULATED**.

Dated: 3/26/2008         LAW OFFICES OF ROBERT R. POWELL


                         By:____-/s/-    Robert R. Powell_____
                            ROBERT R. POWELL, ESQ.
                            Attorney for Plaintiff
                            GEORGIY KULYA, INDIVIDUALLY, AND AS
                            GUARDIAN AD LITEM FOR HIS MINOR CHILD
                            YVAN K.

Dated: 3/26/2008         DENNIS J. HERRERA
                         City Attorney
                         JOANNE HOEPER
                         Chief Trial Deputy
                         ELLEN SHAPIRO
                         Deputy City Attorney


                         By:  ____-/s/-  Ellen Shapiro_____
                            ELLEN SHAPIRO
                            Attorneys for Defendants
                            CITY AND COUNTY OF SAN FRANCISCO,
                            TRACY MCCRAY, FITZERALD WONG,
                            MARIS GOLDSBOROUGH, CRAIG WILSON,
                            BENNY LEW, TIM LAIRD, DEBORAH
                            GOLDSTEIN, IVEY NZEREM, AND FAY ALI

## DECLARATION OF ELLEN SHAPIRO IN SUPPORT OF STIPULATION TO CONTINUE TRIAL

I, ELLEN SHAPIRO, declare:

1. I am an attorney licensed to practice before this Court, am a Deputy City Attorney for the City and County of San Francisco, and am one of the attorneys of record for all defendants in this matter. I have personal knowledge of the facts stated in this Declaration. I could and would testify competently if called as a witness.

2. On February 7, 2008 I received a commitment to consult in this matter from an expert in public child protective services social work practices.

3. Of central importance in this case are (1) the standards of practice required of social workers, employed by public social service agencies, in the evaluation of and response to allegations of child abuse; and (2) whether the social worker defendants in this case met the relevant standards of practice.

4. On February 11, 2008 the above-mentioned expert contacted me to say that she had just learned of a personal conflict that now made it impossible to honor the earlier commitment, and she referred me to a colleague.

5. On February 14, 2008, the first proposed expert's colleague agreed to consult in this matter.

6. On a date between March 17 and March 20, I learned from the first person' colleague that, despite previous assurances that this assignment would not conflict with other matters, her other responsibilities had changed and she was declining to consult further.

7. Because of the above, I contacted counsel for plaintiff to ask that he agree to a trial continuance subject to Court approval. He graciously did so.

8. I did not have reason to know or suspect that the above-mentioned consultants whom I contacted would become unavailable to work on this case, and therefore respectfully request that the Court accept the parties' stipulation to continue trial of this matter.

///

///

1  I declare under penalty of perjury that the foregoing is true and correct and that this
2  declaration was executed on March 26, 2008 at San Francisco, California.

_____
ELLEN SHAPIRO

**ORDER**

The Court having reviewed the above stipulation of the parties and declaration of Ellen Shapiro, and good cause appearing therefor, it is

**ORDERED** that trial of this matter be and is hereby continued from September 15, 2008 to November 17, 2008, and that all pre-trial deadlines also be continued for nine weeks.

**IT IS FURTHER ORDERED** that the pre-trial conference in this matter be held on \_\_\_October 27_____, 2008.

Date: March 27, 2008

/s/ Jeffrey S. White
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

Stipulation; Declaration, & Order to Continue Trial
Kulya v. CCSF, et al. – USDC No. C06-06539 JSW

5

s:\aa law office\clients\kulya, george\federal\pleadings\all orders\s&o re move trial 3-27-08.doc