DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ELLEN SHAPIRO, State Bar #127847
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3879
Facsimile: (415) 554-3837
E-Mail: ellen.shapiro@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
TRACY MCCRAY, FITZERALD WONG, MARIS GOLDSBOROUGH,
CRAIG WILSON, BENNY LEW, TIM LAIRD,
DEBORAH GOLDSTEIN, IVEY NZEREM, AND FAY ALI

UNITED STATES DISTRICT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGIY KULYA, INDIVIDUALLY, AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD YVAN K., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO HUMAN SERVICES AGENCY, TRACY MCCRAY, FITZERALD WONG, MARIS GOLDSBOROUGH, CRAIG WILSON, BENNY LEW, TIM LAIRD, DEBORAH GOLDSTEIN, IVEY NZEREM, FAY ALI, AND DOES 1 THROUGH 50, INCLUSIVE, <br><br> Defendants. | Case No. C06-06539 JSW <br><br> **AMENDED STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DATES; STIPULATION TO CONTINUE LAST DATE TO HEAR DISPOSITIVE MOTION; DECLARATION OF ELLEN SHAPIRO IN SUPPORT OF STIPULATION; [PROPOSED] ORDER** |

/ / /

/ / /

/ / /

/ / /

Stipulation; Declaration, & Order to Continue Trial          1          n:\lit\li2006\070750\00481445.doc
Kulya v. CCSF, et al. – USDC No. C06-06539 JSW

**THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1. The Court has previously continued trial of this matter to November 17, 2008, and has also continued pre-trial dates accordingly.

2. In their previous stipulation regarding continuance, the parties inadvertently omitted specific reference to continuance of the last date on which to hear a dispositive motion; they hereby seek to correct that omission by further stipulating to continue such date to August 15, 2008.

**IT IS SO STIPULATED**.

Dated:  April 30, 2008         LAW OFFICES OF ROBERT R. POWELL

                                        -/s/-   Robert R. Powell
By:_____
ROBERT R. POWELL, ESQ.
Attorney for Plaintiff
GEORGIY KULYA, INDIVIDUALLY, AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD YVAN K.

Dated:  April 30, 2008         DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
ELLEN SHAPIRO
Deputy City Attorney

                                        -/s/-  Ellen Shapiro
By:_____
ELLEN SHAPIRO
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, TRACY MCCRAY, FITZERALD WONG, MARIS GOLDSBOROUGH, CRAIG WILSON, BENNY LEW, TIM LAIRD, DEBORAH GOLDSTEIN, IVEY NZEREM, AND FAY ALI

Stipulation; Declaration, & Order to Continue Trial
Kulya v. CCSF, et al. – USDC No. C06-06539 JSW
2
n:\lit\li2006\070750\00481445.doc

# DECLARATION OF ELLEN SHAPIRO IN SUPPORT OF AMENDED STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DATES; STIPULATION TO CONTINUE LAST DATE TO HEAR DISPOSITIVE MOTION

I, ELLEN SHAPIRO, declare:

1. I am an attorney licensed to practice before this Court, am a Deputy City Attorney for the City and County of San Francisco, and am one of the attorneys of record for all defendants in this matter. I have personal knowledge of the facts stated in this Declaration. I could and would testify competently if called as a witness.

2. On April 29, 2008 I learned that the parties' earlier stipulation to continue pretrial dates in this matter, and the Court's Order thereon, did not encompass continuance of the last date on which the Court would entertain a dispositive motion.

3. At the time the parties stipulated to continue trial and pre-trial dates, it was our intention also to continue the time in which either party could bring a dispositive motion.

4. The parties respectfully request that the Court excuse any failure to refer specifically to a motion date in the previous stipulation, and further request that the Court now permit the hearing of a dispositive motion on a date not later than August 15, 2008.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 29, 2008 at San Francisco, California.

-/s/- Ellen Shapiro
_____
ELLEN SHAPIRO

Stipulation; Declaration, & Order to Continue Trial
Kulya v. CCSF, et al. – USDC No. C06-06539 JSW
3
n:\lit\li2006\070750\00481445.doc

1
2  **~~PROPOSED~~ ORDER**
3
4  The Court having reviewed the above stipulation of the parties and declaration of Ellen
5  Shapiro, and good cause appearing therefor, it is
6  **ORDERED** that trial of this matter be and is hereby continued from September 15, 2008 to
7  November 17, 2008; that all pre-trial deadlines be continued for nine weeks, *and* that the deadline
8  for hearing on a dispositive motion also be continued for nine weeks, to August 15, 2008.
9
10
11 Date: __April 30, 2008_____        _____*Jeffrey S. White*_____
                                      HON. JEFFREY S. WHITE
12                                    UNITED STATES DISTRICT JUDGE
13                                      by Honorable Phyllis J. Hamilton