**ROBERT R. POWELL, ESQ.   CSB# 159747**
**DENNIS R. INGOLS, ESQ.    CSB# 236458**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiff Georgiy Kulya, individually and as
Guardian Ad Litem for his minor child Yvan K.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| GEORGIY KULYA, et. al., ) | Case No. C06-06539 JSW |
| ) | |
| Plaintiffs, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | RE: MODIFY BRIEFING |
| ) | SCHEDULE ON MOTION FOR |
| CITY AND COUNTY OF SAN ) | SUMMARY JUDGMENT |
| FRANCISCO, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties to the above-captioned action, by and through their respective attorneys, hereby stipulate and agree, and request this court grant the scheduling changes set forth below, as follows:

1. The time for filing of the Plaintiff's Opposition to the Defendants' Motion for Summary

//
//
//
//

1

STIPULATION AND ORDER EXTENDING
FILING DEADLINES
Kulya v. City and County of San Francisco, et al.
Case No. C06-06539 JSW

1 | Judgment [ ], is extended to Monday, July 28th, 2008, at 4:00 p.m.
2 |    IT IS SO STIPULATED.
3 |
4 | July 24, 2008                                                  /s/   Robert R. Powell
                                                            ROBERT R. POWELL, ESQ.
                                                            Attorney for Plaintiffs

July 24, 2008                                                  /s/   Ellen Shapiro
                                                            ELLEN SHAPIRO, ESQ.
                                                           Attorney for Defendants

## **ORDER**

Based on the foregoing stipulation of the parties, and good cause appearing therefore, the court hereby adopts the proposed stipulation as an order of this court.

IT IS SO ORDERED.

July 25, 2008                                                  /s/ Jeffrey S. White
                                                           JUDGE JEFFREY S. WHITE
                                                           U.S. District Court for the Northern
                                                           District of California

STIPULATION AND ORDER EXTENDING
FILING DEADLINES
Kulya v. City and County of San Francisco, et al.
Case No. C06-06539 JSW