**ROBERT R. POWELL, ESQ.**
**DENNIS R. INGOLS, ESQ.**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California 95126
T: 408-553-0200 F: 408-553-0203
rpowell@rrpassociates.com

Attorneys for Plaintiff Georgiy Kulya

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| GEORGIY KULYA, et. al., | Case No: C06-06539 JSW |
| Plaintiffs, | [PROPOSED] |
| | ORDER GRANTING PLAINTIFF'S |
| vs. | REQUEST TO FILE A BRIEF |
| | EXCEEDING PAGE LIMIT |
| CITY AND COUNTY OF | |
| SAN FRANCISCO, et. al | |
| Defendants. | |

Plaintiff herein, by and through counsel, submitted an Application for Administrative

Relief on July 28, 2008, requesting an Order authorizing him to file an Opposition to

Defendants' motion for summary judgment in excess of the page limit provided by Local

Rule 7/4(b).

Upon review of the file and consideration of the Application, the Declaration of

Plaintiff's counsel, and the opposition and/or non-opposition of any Defendant provided to the

//

//

Proposed Order Re: Excess Pages Relief                    1

Court prior to the making of this Order, the Court does hereby find and order as follows:

GOOD CAUSE APPEARING,

1.  Plaintiff may file an Opposition to Defendants' motion for summary judgment not

    exceeding 35 pages.

**IT IS SO ORDERED**

Date: 7/\_\_\_\_\_/2008
         August 4, 2008

Hon. Jeffrey S. White
Northern District Court Judge